## CERTIFICATE OF SERVICE

I, DANTE MATTIONI, ESQUIRE, attorney for Defendant Carnival Cruise Lines, hereby certify that a true copy of Defendant Carnival Cruise Lines' Motion to Dismiss or in the Alternative, to Transfer, Memorandum of Law in support with Exhibits and proposed Order was served via U.S. First Class Mail on August 19, 2002, on the following attorney:

Richard K. Doty, Esquire
131 North 20th Street
Philadelphia, PA 19103
Attorney for Plaintiff Louise Ferketich

_____
DANTE MATTIONI, ESQUIRE